# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 3,724.—A. W. MILLER, Respondent, v. TIMES-JOURNAL PUB. CO., Appellant.

*Appeal from District Court, Rosebud County; Daniel O'Hern, Judge.*

Decided January 31, 1916.

PER CURIAM.—Appellant's motion to dismiss appeal herein from an order refusing to dissolve a temporary injunction, is hereby granted and the appeal is accordingly dismissed.

*Messrs. Loud, Collins, Wood, Campbell & Leavitt,* for Appellant.

---

No. 3,810.—STATE ex rel. E. DEMITROFF, Relator, v. DISTRICT COURT et al., Respondents.

Original application for writ of prohibition directed to the district court of Silver Bow County, and J. J. Lynch, a Judge thereof.

Decided February 14, 1916.

PER CURIAM.—Relator's application for a writ of prohibition is this day, after due consideration, denied.

*Mr. Harry Meyer* and *Mr. S. C. Ford,* for Relator.